1

2

3

4

5

6

7

8

9

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 0 8 2005   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

10   JOEL HODGELL,

11             Plaintiff,

12      vs.

13   YVES ROCHER NORTH AMERICA INC.
     (a Canadian Corporation),
14   YVES ROCHER INC. (a Canadian Corporation),
     YVES ROCHERUSA.COM
15   and JOHN DOES 1-2

16

17             Defendants.

NO. **C05-2035** TSZ

NOTICE OF REMOVAL



05-CV-02035-CMP

18   TO:   CLERK OF THE COURT

19

20      Defendants Yves Rocher North America Inc., Yves Rocher Inc., and Yves

21   Rocherusa.Com ("Defendants"), by and through undersigned counsel, for the purpose of

22   removing this case pursuant to 28 U.S.C. § 1441, respectfully submit this Notice of Removal

23   pursuant to 28 U.S.C. § 1446. Defendants respectfully submit the following statement of the

24   grounds for removal together with a copy of all processes, pleadings and other papers in this

25   action:

26

27

28

**ORIGINAL**

NOTICE OF REMOVAL -1

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
(206) 274-2800 phone
(206) 274-2801 fax

082081 No issue

1.     State Court Action. Upon information and belief, on or about November 7, 2005, Plaintiff Joel Hodgell ("Plaintiff"), filed suit for money damages in the Superior Court of the State of Washington in and for the County of King in the matter proceeding as Civil Case No.: 05-2-35819-0. Copies of all process, pleadings, and papers in this action, consisting of the Summons and Complaint are attached hereto as Exhibit A.

2.     Diversity Jurisdiction. The action described herein is one in which this Court has diversity jurisdiction under the provisions of 28 U.S.C. § 1332 in that it is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. Plaintiff seeks money damages in excess of $100,000.00, Plaintiff is an individual purporting to reside in the State of Washington, and Defendants are Canadian corporations with their principal place of business at 2199, boulevard Fernand-LaFontaine, Longueil, QC J4G 2V7.

3.     Timely Removal. This Notice is timely under 28 U.S.C. § 1446(b), as having been filed within thirty days after the receipt by the Defendants, through service or otherwise, of a copy of the initial pleading. Accordingly, removal to this Court is appropriate and proper pursuant to 28 U.S.C. §§ 1441 and 1446.

4.     Notice to Plaintiff in State Court. Promptly upon filing this Notice of Removal with this Court, Defendants shall give written notice hereof to Plaintiff by service to its counsel and shall file and serve on the Clerk of the Superior Court of the State of Washington in and for the County of King, a copy of this notice. The aforesaid written notice will be in the form attached hereto as Exhibit B.

5.     Notice. Defendant respectfully gives notice that this action is to be removed from

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
(206) 274-2800 phone
(206) 274-2801 fax

1   the Superior Court of the State of Washington in and for the County of King, to the United States

2   District Court for the Western District of Washington at Seattle.  Defendant does not waive any

3
    defense which may be available to it, specifically including, but not limited to, insufficiency of
4
5   process, insufficiency of service of process, improper venue, or lack of personal or subject matter

6   jurisdiction.

7
        WHEREFORE, Defendant hereby removes this action now pending in the Superior Court
8
9   of the State of Washington in and for the County of King, to this Court.

10

11      DATED this 7th day of December, 2005.

12                              NEWMAN & NEWMAN,
                                ATTORNEYS AT LAW, LLP
13

14
                        By:    _____
15
                                Derek A. Newman, WSBA No. 26967
16                              Roger M. Townsend, WSBA No. 25525
                                505 Fifth Avenue South, Suite 610
17                              Seattle, Washington  98104
                                (206) 274-2800 Phone
18                              (206) 274-2801 Fax
19
                                James David Jacobs (Pro Hac Vice Pending)
20                              Todd S. Sharrin
                                Baker & McKenzie LLP
21                              805 Third Avenue
                                New York, New York 10022
22                              (212) 751-5700 Phone
                                (212) 310-1651 Fax
23

24                              Attorneys for Defendants
25                              YVES ROCHER NORTHER AMERICA INC.
                                YVES ROCHER INC.
26                              YVES ROCHERUSA.COM

27

28

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
(206) 274-2800 phone
(206) 274-2801 fax

NOTICE OF REMOVAL -3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of December, 2005, I caused the foregoing **NOTICE OF REMOVAL AND CERTIFICATE OF SERVICE** to be served via the methods listed below on the following parties:

### Via Legal Messenger to:

Robert J. Siegel, Esq.
Merkle Siegel & Friedrichsen, P.C.
1325 Fourth Avenue, Suite 940
Seattle, WA 98101

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct and that this declaration was executed on December 7th, 2005 at Seattle, Washington.

DIANA AU
_____
Diana Au

NOTICE OF REMOVAL -4

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
(206) 274-2800 phone
(206) 274-2801 fax