The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOEL HODGELL, | Case No. C05-2035 TSZ |
|      Plaintiff, | **ANSWER AND AFFIRMATIVE DEFENSES** |
|     v. | |
| YVES ROCHER NORTH AMERICA (a foreign corporation), YVES ROCHER (U.S.A.) INC., (a Delaware corporation), YVESROCHERUSA.COM, and JOHN DOES 1-20, | |
|     Defendants. | |

Defendants YVES ROCHER NORTH AMERICA, YVES ROCHER (U.S.A.) INC., and, YVESROCHERUSA.COM answer Plaintiff's complaint and assert affirmative defenses as follows:

## I.  JURISDICTION AND VENUE

1.1.    Defendants ADMIT Plaintiff alleges the causes of action described in Paragraph 1.1 of Plaintiff's Complaint, but DENY any liability or that Plaintiff suffered any damages, and further DENY any other allegations contained in Paragraph 1.1 of Plaintiff's Complaint.

1.2.    Defendants ADMIT Plaintiff alleges the causes of action described in Paragraph 1.2 of Plaintiff's Complaint, but DENY any liability

ANSWER - 1
(C05-2035 TSZ)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

and further DENY any other allegations contained in Paragraph 1.2 of Plaintiff's Complaint.

1.3.   Defendants ADMIT this Court has jurisdiction over the subject matter of this action, but DENY this Court has personal jurisdiction over any of the Defendants, and further DENY all other allegations contained in Paragraph 1.3 of Plaintiff's Complaint.

1.4.   Defendants DENY the allegations contained in Paragraph 1.4 of Plaintiff's Complaint.

## II.  PLAINTIFF & DEFENDANTS

2.1.   Defendants are without knowledge and information sufficient to form a belief with respect to the veracity of the allegations contained in Paragraph 2.1 of Plaintiff's Complaint, and therefore DENY the same.

2.2.   Defendants DENY the allegations contained in Paragraph 2.2 of Plaintiff's Complaint.

2.3.   Defendants DENY the allegations contained in Paragraph 2.3 of Plaintiff's Complaint.

2.4.   Defendants DENY the allegations contained in Paragraph 2.4 of Plaintiff's Complaint.

## III.  NATURE OF TRADE OR COMMERCE

3.1.   Defendants DENY the allegations contained in Paragraph 3.1 of Plaintiff's Complaint.

3.2.   Defendants DENY the allegations contained in Paragraph 3.2 of Plaintiff's Complaint.

3.3.   Defendants DENY the allegations contained in Paragraph 3.3 of Plaintiff's Complaint.

3.4.   Defendants DENY the allegations contained in Paragraph 3.4 of Plaintiff's Complaint.

ANSWER - 2
(C05-2035 TSZ)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

## IV.  FIRST CAUSE OF ACTION

4.1.    Defendants incorporate their answers to paragraphs 1.1 through 3.4 above as though fully stated herein.  Defendants DENY any allegations contained in Paragraph 4.1 of Plaintiff's Complaint.

4.2.    Defendants DENY the allegations contained in Paragraph 4.2 of Plaintiff's Complaint.

4.3.    Defendants DENY the allegations contained in Paragraph 4.3 of Plaintiff's Complaint.

4.4.    Defendants DENY the allegations contained in Paragraph 4.4 of Plaintiff's Complaint.

4.5.    Defendants DENY the allegations contained in Paragraph 4.5 of Plaintiff's Complaint.

4.6.    Paragraph 4.6 of Plaintiff's Complaint contains statements of law which require no response.  Defendants DENY any and all factual allegations contained in Paragraph 4.6 of Plaintiff's Complaint.

## V.  SECOND CAUSE OF ACTION

5.1.    Defendants incorporate their answers to paragraphs 1.1 through 4.6 above as though fully stated herein.  Defendants DENY any allegations contained in Paragraph 5.1 of Plaintiff's Complaint.

5.2.    Defendants DENY the allegations contained in Paragraph 5.2 of Plaintiff's Complaint.

5.3.    Defendants DENY the allegations contained in Paragraph 5.3 of Plaintiff's Complaint.

5.4.    Paragraph 5.4 of Plaintiff's Complaint contains statements of law which require no response.  Defendants DENY any and all factual allegations contained in Paragraph 5.4 of Plaintiff's Complaint.

## VI.  THIRD CAUSE OF ACTION

6.1.    Defendants incorporate their answers to paragraphs 1.1 through

ANSWER - 3
(C05-2035 TSZ)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

5.4 above as though fully stated herein.  Defendants DENY any allegations contained in Paragraph 6.1 of Plaintiff's Complaint.

6.2.   Defendants DENY the allegations contained in Paragraph 6.2 of Plaintiff's Complaint.

## VII.  FOURTH CAUSE OF ACTION

7.1.   Defendants incorporate their answers to paragraphs 1.1 through 6.2 above as though fully stated herein.  Defendants DENY any allegations contained in Paragraph 7.1 of Plaintiff's Complaint.

7.2.   Defendants DENY the allegations contained in Paragraph 7.2 of Plaintiff's Complaint.

7.3.   Defendants DENY the allegations contained in Paragraph 7.3 of Plaintiff's Complaint.

## VIII.  PLAINTIFF'S PRAYER

8.1.   Defendants DENY any and all allegations contained in Paragraphs 8.1 through 8.15 of Plaintiff's Complaint, and further DENY that Plaintiff is entitled to any relief, including but not limited to the relief he requests in the Complaint's "Prayer for Relief" section.

## IX.  AFFIRMATIVE DEFENSES

Without admitting any allegations contained in Plaintiff's Complaint, Defendants assert the following affirmative defenses:

9.1.   This Court lacks personal jurisdiction over the defendants and each of them.

9.2.   This Court is not the proper venue for this action.

9.3.   Plaintiff is barred from obtaining any relief sought in the Complaint because the Complaint fails to state any claim upon which relief may be granted.

9.4.   Plaintiff is barred from obtaining any relief because he failed to mitigate his damages.

ANSWER - 4
(C05-2035 TSZ)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1   9.5.   Plaintiff is barred from obtaining any relief sought in the

2   Complaint by reason of its own unclean hands.

3   9.6.   Plaintiff waived his claims.

4   9.7.   Plaintiff ratified and approved all actions he complains about in

5   his Complaint, and therefore he is not entitled to any relief.

6   9.8.   Plaintiff's claims, and each of them, are barred by the doctrine of

7   estoppel.

8   9.9.   Plaintiff's claims, and each of them, are barred by the doctrine of

9   laches

10   9.10.   Defendant has failed to join one or more necessary and

11   indispensable parties.

12   9.11.   The acts Plaintiff alleges in his Complaint were committed by

13   parties other than Defendants, which parties Defendants do not control now,

14   nor have they ever controlled.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

ANSWER - 5
(C05-2035 TSZ)

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

# X.  PRAYER FOR RELIEF

WHEREFORE, Defendants request that this Court:

1.   DISMISS Plaintiff's claims against Defendants alleged in the Complaint;

2.   DENY Plaintiff the relief he seeks;

3.   GRANT Defendants their reasonable costs and attorney's fees incurred in defending this action; and

4.   GRANT such other and further relief in favor of Defendants and against Plaintiff as is equitable and appropriate.

Dated this 22nd day of February, 2006.

Respectfully Submitted,

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

By: _____
Derek A. Newman, WSBA No. 26967
Roger M. Townsend, WSBA No. 25525

505 Fifth Avenue South, Suite 610
Seattle, Washington 98104

Attorneys for Defendants

ANSWER - 6
(C05-2035 TSZ)

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800