UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JOEL HODGELL,<br><br>                Plaintiff,<br><br>v.<br><br>YVES ROCHER NORTH AMERICA (a foreign corporation), YVES ROCHER (U.S.A.) INC., (a Delaware corporation), YVESROCHERUSA.COM, and JOHN DOES 1-20,<br><br>                Defendants, | NO. CO5-2035 TSZ<br><br>PLAINTIFF'S FRCP 26(A)(1) INITIAL DISCLOSURES |

TO:   YVES ROCHER NORTH AMERICA, YVES ROCHER (U.S.A.) INC., YVESROCHERUSA.COM, and JOHN DOES 1-20

AND TO: Derek Newman and Roger Townsend, Newman & Newman, LLP

      Pursuant to FRCP 26(a)(1), Plaintiff Joel Hodgell provides the following initial disclosures. Plaintiff reserves the right to supplement these disclosures pursuant to FRCP 26(e)(1). Plaintiff's disclosures do not provide contact information that is unavailable to them at this time, that is currently in Plaintiff's possession, or that is more readily available to Plaintiff.

PLAINTIFFS' INITIAL DISCLOSURES - 1

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

I. **FED R. CIV. P. 26(a)(1)(A): INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION:**
  Joel Hodgell
  Defendants

II. **FED. R. CIV. P. 26(a)(1)(B): DOCUMENTS, DATA COMPILATIONS, & TANGIBLE THINGS**
  copies of offending emails (provided in pdf format).

III. **FED. R. CIV. P. 26(a)(1)(C): COMPUTATION OF DAMAGES**
  provided to Defendant in settlement analysis

IV. **FED. R. CIV. P. 26(a)(1)(D): INSURANCE AGREEMENTS**
  none known

Dated this 6th day of March, 2006

Robert J. Siegel, WSBA #17312
Attorney for Plaintiff

PLAINTIFFS' INITIAL DISCLOSURES - 1

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of March, 2006, I caused the foregoing **PLAINTIFF'S FRCP 26(a)(1) INITIAL DISCLOSURES; AND CERTIFICATE OF SERVICE** to be served via the methods listed below on the following parties:

Tara Borelli
Newman & Newman
Via email: tara@newmanlaw.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

*Adana Lloyd*
Adana N. Lloyd

PLAINTIFFS' INITIAL DISCLOSURES - 1

**MERKLE SIEGEL & FRIEDRICHSEN**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-624-9392
Fax: 206-624-0717